**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| STATION 27, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO: 5:14-CV-01238-F |
| | § | |
| EMPLOYERS MUTUAL | § | |
| CASUALTY COMPANY, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S EXPERT WITNESS LIST**

COMES NOW the Plaintiff, Station 27, Inc., (hereinafter "Plaintiff") by and through the undersigned counsel of record, in accordance with FRCP 26(a)(2)(D) and pursuant to this Court's Scheduling Order [Doc. 25], hereby files the foregoing Expert Witness List in the above-referenced cause of action against Defendant, Employers Mutual Company, Inc., (hereinafter "Defendant"), and provides the following:

1. Tom Miller
   Structural Engineering and Inspections, Inc.
   16105 N. Florida Avenue, Suite B
   Lutz, Florida 33549
   Retained Expert

Mr. Miller is a Professional Engineer, with over twenty (20) years of experience. Mr. Miller is expected to offer expert opinions and testimony as to the cause and origin of the damages to the property assessed during his inspection. Additionally, Mr. Miller will be expected to testify as to code compliance criteria relevant to this matter, the damages assessed from the Hail/Windstorm, and the current condition of the roofing system.

Mr. Miller will also be expected to provide testimony consistent with the information provided within his Report; a copy of Mr. Miller's Report and Curriculum Vitae are attached hereto as Exhibit 1. Mr. Miller will also testify as to his education and experience regarding the matters for which he is designated as an expert.

2. Donnie Seburg
Vertex Roofing and Construction
2104 Wheaton Dr.
Norman, Oklahoma 73070
Retained Expert

Mr. Seburg is a general contractor with over thirty (30) years of experience. Mr. Seburg will be expected to testify as to his inspection of the property, the cost to restore the property to its pre-loss condition as a result of the reported hail and windstorm, and the necessary code requirements to ensure the compliance of such repairs and restoration. In addition, Mr. Seburg's testimony is expected to be consistent with the findings provided in his report. A copy of Mr. Seburg's Report and Curriculum Vitae are attached hereto as Exhibit 2. Further, Mr. Seburg will be expected to testify as to his education, training, experience that lends to this subject matter, and the methodology relied upon to render the opinions provided within his report.

Dated this 21st day of September, 2015

Respectfully submitted,

/s/ Larry E. Bache

Larry Bache, Esq.
MERLIN LAW GROUP
FL State Bar No: 91304
777 S. Harbour Blvd, 9th Floor
Tampa, FL 33602
lbache@merlinlawgroup.com
Telephone: (813) 229-1000
Facsimile: (813) 229-3692

-and-

J. Drew Houghton, OBA # 18080
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73189
Phone: (405) 232-8080
Fax: (405) 601-1103
dhoughton@fosheeyaffe.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Phil R. Richards
Jessica N. Battson
Randy Lewin
Richards & Connor
12th Floor, Park Centre Bldg.
525 S. Main Street
Tulsa, Oklahoma 74103

/s/ Larry E. Bache

Larry E. Bache, Esq.