**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) STATION 27, INC., | ) |
|            Plaintiff, | ) |
| vs. | ) Case No. 5:14-cv-01238-F |
| (1) EMPLOYERS MUTUAL CASUALTY COMPANY; and | ) |
| (2) ENGLE MARTIN & ASSOCIATES, INC., | ) |
|            Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Station 27, Inc., and the Defendant, Employers Mutual Casualty Company, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure do stipulate to the dismissal with prejudice of the above-styled and numbered cause.  Each party shall bear its own attorneys' fees and costs.

                                                Respectfully submitted,

                                                /s/Jessica N. Battson
                                                Phil R. Richards, OBA #10457
                                                Jessica N. Battson, OBA #22843
                                                Randy Lewin, OBA #16518
                                                RICHARDS & CONNOR
                                                12th Floor, ParkCentre Bldg.
                                                525 S. Main Street
                                                Tulsa, Oklahoma  74103
                                                Telephone:  (918) 585-2394
                                                Facsimile:  (918) 585-1449

                                                ATTORNEYS FOR DEFENDANT
                                                EMPLOYERS MUTUAL CASUALTY
                                                COMPANY

*s/J. Drew Houghton*
*(Signed with permission of Plaintiff's Attorney)*
J. Drew Houghton, Esq.
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK  73189

ATTORNEY FOR PLAINTIFF
STATION 27, INC.

## CERTIFICATE OF SERVICE

     I hereby certify that on the 28th day of October, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

J. Drew Houghton, Esq.
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK  73189

Larry Bache, Esq.
Merlin Law Group
777 S. Harbor Blvd., 9th Floor
Tampa, FL  33602

Phillip N. Sanov, Esq.
Merlin Law Group
Three Riverway, Suite 701
Houston, TX  77056

ATTORNEYS FOR PLAINTIFF
STATION 27, INC.

*/s/Jessica N. Battson*
Jessica N. Battson

2